FILED

2018 MAR 26  PM 4:30

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

**QUIANNA S. CANADA**

**Plaintiff,**

-vs-                                                    Case No.  A-17-CV-148-SS

**TEXAS MUTUAL INSURANCE COMPANY,**
**Defendant.**

## <u>JUDGMENT</u>

BE IT REMEMBERED on this day the Court entered its order granting Defendant Texas

Mutual Insurance Company's motion for summary judgment, and thereafter enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that the Plaintiff Quianna Canada

TAKE NOTHING in this cause against the Defendant Texas Mutual Insurance Company,

and that all costs of suit are taxed against the plaintiff, for which let execution issue.

SIGNED this the _25th_ day of March 2018.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

